# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON ELDER-KEEP, Special Administrator of the Estate of DAVID B. KEEP, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TROY AKSAMIT and SGT. JEROME THRAEN, Individually and in Their Official Capacities as Police Officers for the CITY OF LINCOLN,<br><br>Defendants. | 8:03CV458<br><br>ORDER |

This matter is before the court on plaintiff's motion to extend the deadline to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2) (#94). For good cause shown, and upon the representation that the motion is unopposed,

**IT IS ORDERED** that the motion is granted, as follows:

1. Plaintiff is given until July 15, 2005 to provide expert reports.

2. Defendants are given until August 15, 2005 to provide expert reports.

**DATED June 15, 2005.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**