IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON ELDER-KEEP, Special Administrator of the Estate of DAVID B. KEEP, Deceased,<br><br>        Plaintiff,<br><br>  vs.<br><br>TROY AKSAMIT and SGT. JEROME THRAEN, Individually and in Their Official Capacities as Police Officers for the CITY OF LINCOLN,<br><br>        Defendants. | 8:03CV458<br><br>ORDER |

    This matter is before the court on plaintiff's motion to extend the deadline to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2) (Filing 97).  This deadline has been extended on at least three occasions (*see* Filings 37, 53 and 95).  The lengthy extension now proposed by the plaintiff would nullify the November 15, 2005 trial date.  Considering the age of the case and the number of extensions that have already been granted, the plaintiff will be given a final extension of time.

    **IT IS ORDERED** that the motion (Filing 97) is granted, in part, as follows:

    1.    Plaintiff is given until **August 31, 2005** to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2).  This is a final extension of time.

    2.    Defendants are given a corresponding extension of time to **September 30, 2005** to provide expert reports.

    3.    The discovery deadline is extended to **September 30, 2005**.  This is a final extension of time.

    4.    The **November 15, 2005** trial date is expressly reaffirmed.

    **DATED August 5, 2005.**

                                  **BY THE COURT:**

                                  **s/ F.A. Gossett**
                                  **United States Magistrate Judge**