# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON ELDER-KEEP, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV458 |
| | ) | |
| v. | ) | |
| | ) | |
| TROY AKSAMIT, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

BryanLGH Medical Center has filed Motion for Protective Order (#109) concerning a subpoena duces tecum requiring it to produce documents that constitute protected health information under the Health Insurance Portability and Accountability Act of 1996 (HIPAA). Movant has complied with NECivR 7.1(i).

Due to the November 15, 2005 trial date, I will require an expedited response from the plaintiff.

**IT IS ORDERED:**

1. Compliance with the subpoena duces tecum is stayed pending this court's resolution of the motion for protective order.

2. Plaintiff's response in opposition to defendant's motion shall be electronically filed on or before **September 12, 2005**. The motion will be deemed ripe for decision upon the timely filing of a response. *In the absence of a timely response, the Motion for Protective Order will be deemed conceded and will be granted.*

**DATED September 8, 2005.**

              **BY THE COURT:**

              s/ F.A. Gossett
              **United States Magistrate Judge**