IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON ELDER-KEEP, SPECIAL ADMINISTRATOR of the ESTATE OF DAVID B. KEEP,<br><br>Plaintiff,<br><br>vs.<br><br>TROY AKSAMIT and JEROME THRAEN, in their official capacities as police officers, and the CITY OF LINCOLN,<br><br>Defendants. | CASE NO. 8:03CV458<br><br>ORDER |

This matter is before the Court on the Plaintiff's unopposed Motion to Extend (Filing No. 108). The Plaintiff sought an extension of time to respond to the Defendants' Motion for Summary Judgment until Friday, September 23, 2005, in order to complete additional discovery that might be used in its opposition to the Defendants' motion. On September 12, 2005, the Plaintiff timely filed an "interim" Index of Evidence and brief in opposition to the Defendants' motion for summary judgment (Filing Nos. 112, 113), but no additional evidence or briefing has been filed. Accordingly,

IT IS ORDERED:

The Plaintiff's Motion to Extend (Filing No. 108) is denied as moot.

DATED this 26th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge